**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Carrie Badger and Jonathan Crane, Defendants,

Of whom Carrie Badger is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-002074

―――――――――――――

Appeal From Aiken County
Peter R. Nuessle, Family Court Judge

―――――――――――――

Unpublished Opinion No. 2018-UP-361
Submitted August 22, 2018 – Filed August 24, 2018

―――――――――――――

**AFFIRMED**

―――――――――――――

Montford Shuler Caughman, of Caughman Law, LLC, of Lexington, for Appellant.

Susanna M. Ringler, of the South Carolina Department of Social Services, of Aiken, for Respondent.

Amy Patterson Shumpert, of Nance, McCants & Massey, of Aiken, for the Guardian ad Litem.

---

**PER CURIAM:**  Carrie Badger appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Badger's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.